

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00203-CV

_____


IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND
TRACY MCCASLAND, Relators


Original Proceeding
348th District Court of Tarrant County, Texas
Trial Court No. 348-338340-22


Before Kerr, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered:  May 8, 2024